IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:20-cv-12-D

| | |
|---|---|
| HAL PALMER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) **ORDER GRANTING CONSENT MOTION** |
| PCB PIEZOTRONICS OF NORTH CAROLINA, INC., | ) **FOR SUBSTITUTION OF A PARTY** ) ) ) |
| Defendant. | ) ) |

This matter is before the Court on the Consent Motion for Substitution of a Party filed by Defendant. For good cause shown and just terms, it appears that a substitution of the defendant is appropriate in accordance with Rule 21 of the Federal Rules of Civil Procedure. THEREFORE, the Motion is GRANTED and it is HEREBY ORDERED that PCB Piezotronics of North Carolina, Inc. is substituted as the Defendant in this action and PCB Piezotronics, Inc. is dismissed. The Answer (DE-10) filed on March 9, 2020 is adopted by Defendant PCB Piezotronics of North Carolina, Inc. The Clerk is hereby directed to change the caption to reflect the party substitution.

SO ORDERED. This the **12** day of April ,2020.

JAMES C. DEVER III
United State District Court